1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>GROUPON, INC., a Delaware corporation; PEARL ENTERPRISES, LLC, a New Jersey corporation d/b/a JR Trading Company; STAR BEST BUY INC, a New York corporation; BEAUTY IT IS INC., a New York corporation (DOE 1); BENZ DEALZ LLC, a Florida limited liability company (DOE 2); BINYOMIN LUBIN, an individual (DOE 3); OMAR MORENO, an individual (DOE 4); O SIGNATURE LLC, an Arizona limited liability company (DOE 5); and DOES 6 through 20, inclusive,<br><br>        Defendants. | CASE No. CV15-08078-AB-MRW<br><br>**[~~PROPOSED~~] CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. André Birotte Jr.<br>Presiding Judge<br><br>Hon. Michael R. Wilner,<br>Magistrate Judge<br><br>Complaint filed:     October 14, 2015<br>Discovery Cutoff:    June 30, 2017<br>Final Pretrial Conf.: December 18, 2017<br>Trial Date:         January 9, 2018 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS Plaintiff Moroccanoil, Inc. ("Moroccanoil"), on the one hand, and Defendants Omar Moreno ("Moreno") and O Signature LLC ("O Signature"), on the other hand, entered into and filed with this Court a Stipulation for Consent Judgment and Permanent Injunction ("Stipulation") to resolve this action as between them.

WHEREAS Moroccanoil has alleged that it is the exclusive owner of USPTO Registration No. 3,478,807 for the trademark MOROCCANOIL.

WHEREAS the parties have stipulated that from approximately March 2015 to March 2016 Moreno and O Signature transacted in and offered for sale products bearing the MOROCCANOIL trademark or imitations thereof, including products identified variously as "MoroccanOil [*sic*] Hair Treatment Oil," "Moroccan Oil [*sic*] Hair Treatment 3.4 oz Bottle with Blue Box," "Regular Moroccan Oil [*sic*]," and "Light Moroccan Oil [*sic*]," which Moroccanoil contends is counterfeit or otherwise infringing (the "Accused Products").

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED, AS BETWEEN MOROCCANOIL, ON THE ONE HAND, AND MORENO AND O SIGNATURE, ON THE OTHER HAND:

1.    This action arises under the United States Lanham Trademark Act, 15 U.S.C. §§ 1051, *et seq*.

2.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

3.    This Court has personal jurisdiction over Moroccanoil, Moreno, and O Signature.

4.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b).

5.    Effective as of the date of this Consent Judgment and Permanent Injunction ("Consent Judgment"), Moreno and O Signature and all of their respective parents, subsidiaries, affiliates, owners, principals, directors, officers, successors, assigns, agents, and all others acting in concert or participation with them, are to be permanently enjoined and restrained from directly or indirectly selling, offering for sale, transferring, distributing, brokering, or marketing any products bearing the MOROCCANOIL trademark or any imitation thereof.

6.      Within ten business days of this Consent Judgment, Moreno and O Signature shall each produce or make available for inspection to Moroccanoil the following documents and tangible things that are within Moreno and/or O Signature's possession, custody, and control, are found after a reasonably diligent search, and have not been previously produced in this matter: (a) all documents and correspondence exchanged between Moreno and/or O Signature and their respective suppliers of the Accused Products concerning the Accused Products, (b) all documents and correspondence exchanged between Moreno and/or O Signature and their respective buyers concerning the Accused Products and any other products bearing the MOROCCANOIL trademark or any imitation thereof, (c) all Accused Products, (d) all documents and correspondence concerning any investigation or testing of the Accused Products, (e) all documents and correspondence concerning any instance where Moreno and/or O Signature's suppliers of the Accused Products supplied Moreno and/or O Signature with goods that were suspected or confirmed to be counterfeit, and (f) all documents and correspondence exchanged between Moreno and/or O Signature and their respective buyers concerning Moreno and/or O Signature's policies and procedures for the inspection and testing of goods.

7.      Moroccanoil and Moreno and O Signature shall bear their own respective costs and attorneys' fees in this action.

8.      This Consent Judgment shall constitute the sole final judgment of all claims between Moroccanoil, on the one hand, and Moreno and O Signature, on the other hand, arising out of or related to Moreno and/or O Signature's sale and disposition of the Accused Products, inclusive of all legal and equitable remedies.

9.      The Court shall retain jurisdiction to enforce the terms of the parties'
Stipulation and this Consent Judgment.


Dated:  February 14, 2017      _____
                               Honorable André Birotte Jr
                               United States District Court Judge


Respectfully submitted,

Dated:  February 9, 2017

Mark D. Kremer
Eric S. Engel
Evan Pitchford, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation


*/s/Evan Pitchford*_____
Evan Pitchford
Attorneys for Plaintiff Moroccanoil, Inc.